EMIL ALBRECHT, RESPONDENT, v. ALBIN THIEME, AP-
PELLANT.

Argued June 28, 1922—Decided October 6, 1922.

On appeal from the Supreme Court, whose opinion is re-
ported in 97 *N. J. L.* 103.

For the respondent, *J. Vincent Barnitt.*

For the appellant, *Ward & McGinnis.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Katzenbach in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE,
TRENCHARD, PARKER, BERGEN, MINTURN, WHITE, HEPPEN-
HEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK,
JJ. 12.

*For reversal*—None.